UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ELONZA JESSE TYLER,  )
                                )
         Petitioner,  ) Case No. EDCV 11-0650 MMM (AJW)
                                )
     v.                        )
                                ) ORDER ADOPTING REPORT AND
JAMES D. HARTLEY, WARDEN,  ) RECOMMENDATION OF
                                ) MAGISTRATE JUDGE
         Respondent.  )
_____ )

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: October 7, 2011

                                                _____
                                                Margaret M. Morrow
                                                United States District Judge