UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ELONZA JESSE TYLER,                )
                                   )
        Petitioner,            )   Case No. EDCV 11-650-MMM(AJW)
                                   )
vs.                                )
                                   )
JAMES D. HARTLEY, Warden,           )   JUDGMENT
                                   )
        Respondent.            )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.


Dated: October 7, 2011

                                        _____
                                        Margaret M. Morrow
                                        United States District Judge